# UNITED STATES DISTRICT COURT
### for the

### Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WARREN GARRETT, JR. | ) | Case No: 7:24-CR-9-1BO |
| | ) | USM No: 00771-511 |
| Date of Original Judgment: 07/11/2024 | ) | |
| Date of Previous Amended Judgment: | ) | Alan DuBois, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The court sentenced defendant under Amendment 821. See [D.E.34]. Thus, the court DENIES defendant's motion to reduce sentence [D.E. 30].

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/1/26                              _____
                                                              *Judge's signature*

Effective Date: _____              James C. Dever III, United States District Judge
              *(if different from order date)*                    *Printed name and title*